UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Arthur Karpati
P.O.Box 2784
Winter Haven,  FL 33880



_____

Plaintiff

VS.

Case Number; 6:02cv1094-Orl-19566

City of Ferndale, Michigan; Ferndale Police Dept.; Lt.T. Thomson
310 East Nine Mile Rd, Ferndale, Michigan 48220

_____

Defendant

## COMPLAINT

1. Felony violations of my civil and constitutional rights
under color of law and official opression by the Ferndale (MI)
Police Department, including:

2. On September 26, 2001 Lt. Tomas Thomson of the Ferndale
Police intentionally falsly accused me of wanting to blow up
federal buildings and to kill federal agents.

3. Use of illegal unnecessary excessive force.  Lt. Thomson
put me in a choke hold and forced my left arm into an arm lock,
lifted me off the ground by my neck while sqeezing it in the
"V" of his right arm and carried me that way from the street
to and throughout the police station and put me down in the
back of the station, all the while, for almost two minutes,
depriving me of air and also keeping my left arm painfully,
unnaturally twisted backward and upward.  I suffered permanent
injuries. I did not resist arrest, I had done no wrong, and I
was not armed, in fact I have never had a gun in my hand.
I am only 5'-3" tall and 130LBS, while Lt. Thomas is about 6'
and 260LBS at least.

Page (1) of (2) pages

Arthur Karpati, Plaintiff, U.S. DISTRICT COURT, ORLANDO DIV. cont.

4. False imprisonment.

5. Theft of property.

6. Obstruction of justice by theft of evidence.

7. Illegal entry and search without a warrant.

8. Ethnic intimidation.

9. Violation of my constitutional rights to equal protection.

10. Interstate conspiracy to violate my constitutional rights to equal protection that started around 1971 and includes police agencies in several states and various crimes against me, including burglaries, written and phoned threats, attempted murders, ethnic intimidations (I am Hungarian born), one armed robbery, and other crimes.

11. Obstruction of justice by falsifying court documents to protect a criminal who assaulted me.

12. Defamation of caracter.

13. Intentional infliction of emotional distress.

14. Harassment.

15. Denial of my FOIA request.

I have never been convicted of any crimes!

I ask the Court for Five-million$ RELIEF.

I ask the Court for a jury trial.

I HAVE NEVER WORKED NOR HAVE I EVER WANTED TO WORK IN ANY KIND OF POLICE, LAW ENFORCEMENT, SECURITY, MILITARY, OR OTHER SIMILAR/RELATED POSITIONS.

This complaint does not include the crimes that employees, residents and businesses of the City of Ferndale continuously, with impunity committed against me.

*ARTHUR KARPATI*

NAME  *Arthur Karpati, pro se*

*P. O. Box 2784*

Street Address

*WINTER HAVEN   FL      33880*

City                          State        Zip Code

*863/293-7682*

Telephone Number

Page (2) of (2) pages